Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | |
|---|---|---|
| WAC-15-903-46863 | I526 IMMIGRANT PETITION BY ALIEN ENTREPRENEUR | |
| **RECEIPT DATE** | **PRIORITY DATE** | **APPLICANT** |
| May 20, 2015 | May 19, 2015 | DE OLIVEIRA VASQUES, ROBERTO |
| **NOTICE DATE** | **PAGE** | |
| August 22, 2016 | 1 of 1 | |

ROBERTO DE OLIVEIRA VASQUES
C/O MJ LIBERATORE ESQ
1000 BRICKELL AVENUE APT 400
MIAMI FL 33131

Notice Type: Approval Notice
Section: Investor - Target employment area,
203(b)(5)(C)(ii) INA

The above petition has been approved.

We have sent it to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** NVC processes all approved immigrant visa petitions that need consular action and also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all USCIS action on this petition. You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

Please read the back of this form carefully for more information.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL    CA    92607-0111
Customer Service Telephone: (800) 375-5283

Form I-797 (Rev. 01/31/05) N