AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Roberto DE OLIVEIRA VASQUES et al. <br><br> *Plaintiff(s)* <br> v. <br> Michael R. POMPEO, U.S. Secretary of State et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-cv-24469 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL R. POMPEO,
SECRETARY OF STATE OF THE UNITED STATES;
2201 C STREET NW
WASHINGTON, DC 20520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Kristin D. Figueroa-Contreras, Esq., B.C.S.,
        Figueroa-Contreras Law Group, PLLC
        2030 S. Douglas Rd. Suite 204
        Coral Gables, FL 33134
        Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Oct 30, 2019

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Roberto DE OLIVEIRA VASQUES et al.

*Plaintiff(s)*

v.

Michael R. POMPEO, U.S. Secretary of State et al.

*Defendant(s)*

Civil Action No. 19-cv-24469

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WILLIAM P. BARR,
ATTORNEY GENERAL OF THE UNITED STATES;
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 30, 2019

Angela E. Noble
Clerk of Court

SUMMONS

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Roberto DE OLIVEIRA VASQUES et al.<br><br>*Plaintiff(s)*<br>v.<br>Michael R. POMPEO, U.S. Secretary of State et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-cv-24469<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SCOTT HAMILTON, CONSUL GENERAL
U.S. Consulate General Rio de Janeiro
Av. Presidente Wilson, 147 Castelo
Rio de Janeiro, RJ — 20030-020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 30, 2019

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Roberto DE OLIVEIRA VASQUES et al.

*Plaintiff(s)*

v.   Civil Action No. 19-cv-24469

Michael R. POMPEO, U.S. Secretary of State et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  REBECCA A. PASINI
CONSULAR SECTION CHIEF
U.S. Consulate General Rio de Janeiro
Av. Presidente Wilson, 147 Castelo
Rio de Janeiro, RJ — 20030-020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 30, 2019

s/ *C.Davis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Roberto DE OLIVEIRA VASQUES et al. <br><br> *Plaintiff(s)* <br> v. <br> Michael R. POMPEO, U.S. Secretary of State et al. <br><br> *Defendant(s)* | Civil Action No. 19-cv-24469 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHRISTOPHER WRAY
FBI DIRECTOR
FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20535-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kristin D. Figueroa-Contreras, Esq., B.C.S.,
Figueroa-Contreras Law Group, PLLC
2030 S. Douglas Rd. Suite 204
Coral Gables, FL 33134
Telephone: (305) 639-8599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 30, 2019

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court